PETER G. HAFNER, Respondent, *v.* ERDREICH REALTY CORP., Appellant.

Supreme Court, Appellate Term, First Department, November 22, 1939.

*S. D. Muney* for appellant.

*Zisser and Schlau* for respondent.

HAMMER, SHIENTAG and NOONAN, JJ., concur.